UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITNESS EVOLUTION, LLC, et al.,<br><br>Defendants. | No. 1:16-cv-00903-LJO-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS FITNESS EVOLUTION, LLC; FITNESS EVOLUTION ENCINITAS; FITNESS EVOLUTION; JEFF MAYERSON dba FITNESS EVOLUTION; SANJIV CHOPRA; JUSTIN BELL; CHRISTOPHER JOHNSON; FITNESS 19; FITNESS 19 CA 228, LLC; FITNESS EVOLUTION ASHLAN; FITNESS EVOLUTION BLACKSTONE; FITNESS EVOLUTION CENTERPOINT; FITNESS EVOLUTION FIGARDEN LOOP; and FITNESS EVOLUTION HERNDON<br><br>(Doc. No. 16) |

On March 24, 2017, Plaintiffs filed a notice of voluntary dismissal of Defendants Fitness Evolution, LLC; Fitness Evolution Encinitas; Fitness Evolution; Jeff Mayerson dba Fitness Evolution; Sanjiv Chopra; Justin Bell; Christopher Johnson; Fitness 19; Fitness 19 CA 228, LLC; Fitness Evolution Ashlan; Fitness Evolution Blackstone; Fitness Evolution Centerpoint; Fitness Evolution Figarden Loop; and Fitness Evolution Herndon without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 16.)

//

//

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiffs filed a notice of dismissal of this case without prejudice under Rule 41(a)(1)(A)(i), this case has automatically terminated as to Defendants Fitness Evolution, LLC; Fitness Evolution Encinitas; Fitness Evolution; Jeff Mayerson dba Fitness Evolution; Sanjiv Chopra; Justin Bell; Christopher Johnson; Fitness 19; Fitness 19 CA 228, LLC; Fitness Evolution Ashlan; Fitness Evolution Blackstone; Fitness Evolution Centerpoint; Fitness Evolution Figarden Loop; and Fitness Evolution Herndon.  Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of the Court is directed to TERMINATE Defendants Fitness Evolution, LLC; Fitness Evolution Encinitas; Fitness Evolution; Jeff Mayerson dba Fitness Evolution; Sanjiv Chopra; Justin Bell; Christopher Johnson; Fitness 19; Fitness 19 CA 228, LLC; Fitness Evolution Ashlan; Fitness Evolution Blackstone; Fitness Evolution Centerpoint; Fitness Evolution Figarden Loop; and Fitness Evolution Herndon.

This case shall remain OPEN pending resolution of the Plaintiffs' case against remaining Defendant, M Group Fitness, LLC.

IT IS SO ORDERED.

Dated:   **March 31, 2017**                          /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE