# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES, et al., <br><br> Plaintiff, <br><br> v. <br><br> M GROUP FITNESS, LLC, <br><br> Defendant. | Case No. 1:16-cv-00903-LJO-SKO <br><br> **ORDER RECOGNIZING OPERATIVE COMPLAINT AND DIRECTING CLERK TO TERMINATE DEFENDANT M GROUP FITNESS, LLC ON THE DOCKET FOR THIS CASE** <br><br> **(Doc. 20)** |

Before the Court is the parties' joint Stipulation to Allow Plaintiff to File a Second Amended Complaint (the "Stipulation"), in which the parties state that they stipulate to permit Plaintiff to file an amended complaint and dismiss Defendant M Group Fitness, LLC. (Doc. 20 at 1–3.) As to the amendment, Federal Rule of Civil Procedure 15(a)(2) provides that, if a party may not amend its pleading as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Here, all of the remaining parties in this case have provided written consent to permit amendment. (*See* Doc. 20 at 1–4.) As such, the Court ORDERS that Plaintiff's Second Amended Class Action Complaint, (*see id.* at 6–18), is now the operative complaint in this action.

In the Stipulation, Plaintiffs and Defendant M Group Fitness, LLC also stipulate to the dismissal of this Defendant without prejudice. (*Id.* at 3.) The Stipulation is signed by all parties who have appeared in this action. (*Id.* at 3–4.) Defendant M Group Fitness, LLC is therefore

voluntarily dismissed from this case *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the Court DIRECTS the Clerk to terminate M Group Fitness, LLC as a defendant on the docket for this case.

IT IS SO ORDERED.

Dated: **April 27, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE