**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
　E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
　E-Mail: Timothy.Nally@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants FITNESS
EVOLUTION FRANCHISING LLC and
SOCALEVOLUTION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FITNESS 19 LLC; SOCALEVOLUTION, LLC; FITNESS EVOLUTION FRANCHISING LLC; PLEASANTON FITNESS LLC; and DOES 1-10, inclusive and each of them,<br><br>　　　　Defendants. | CASE NO. 1:16-CV-00903-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Trial Date:　　None Set<br><br>(Doc. 33) |

## STIPULATION

Plaintiffs Jogert Abrantes and Joanne Goss (collectively, "Plaintiffs") and Defendants SoCal Evolution, LLC, and Fitness Evolution Franchising, LLC (collectively, "Defendants"), hereby agree and stipulate as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(b), Defendants currently have until June 27, 2017 to answer or respond to Plaintiffs' Second Amended Complaint.

WHEREAS, Plaintiffs have agreed to stipulate, subject to the Court's approval, to extend

the deadline for Defendants to respond Plaintiffs' Second Amended Complaint until July 18, 2017.

THEREFORE, in consideration of the foregoing recitals and subject to the Court's approval, Plaintiffs and Defendants stipulate to the extension of time for Defendants to respond to Plaintiffs' Second Amended Complaint from June 27, 2017 to July 18, 2017.

DATED: June 21, 2017        LAW OFFICES OF TODD M FRIEDMAN, P.C.

By: /s/ Tom Wheeler (as authorized on June 16, 2017)
Tom Wheeler
Attorneys for Plaintiffs JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated

DATED: June 21, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Timothy J. Nally
Greg L. Johnson
Timothy J. Nally
Attorneys for Defendants FITNESS EVOLUTION FRANCHISING LLC and SOCALEVOLUTION, LLC

**ORDER**

Pursuant to the parties' above-stipulation (Doc. 33), and for good cause shown, IT IS HEREBY ORDERED that Defendants FITNESS EVOLUTION FRANCHISING LLC and SOCALEVOLUTION, LLC's deadline to respond to Plaintiffs' Second Amended Complaint is extended from June 27, 2017, to July 18, 2017.

IT IS SO ORDERED.

Dated: **June 23, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE