| | |
|---|---|
| 1 | `<br>KEITH M. WHITE #188536<br>COLEMAN & HOROWITT, LLP<br>Attorneys at Law<br>499 West Shaw, Suite 116<br>Fresno, California 93704<br>Telephone: (559) 248-4820<br>Facsimile: (559) 248-4830<br><br>Attorneys for Defendant,<br>FITNESS 19 CA 228, LLC (erroneously sued herein as<br>Fitness 19 LLC) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITNESS 19 LLC; SOCALEVOLUTION, LLC; FITNESS EVOLUTION FRANCHISING LLC; PLEASANTON FITNESS; and DOES 1 THROUGH 10, inclusive and each of them,<br><br>Defendants. | Case No. 1:16-cv-00903-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(Doc. 33)** |

Defendant, FITNESS 19 CA 228, LLC (erroneously sued herein as Fitness 19 LLC) ("Defendant") and Plaintiffs, JOGERT ABRANTES and JOANNE GOSS ("Plaintiffs"), hereby agree and stipulate as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(b), Defendant currently has until June 27, 2017 to answer or respond to Plaintiffs' Second Amended Complaint.

WHEREAS, Defendant was granted a 28 day extension previously making this Defendant's second extension to answer or respond to Plaintiffs' Second Amended Complaint.

---

1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, Plaintiffs have agreed to stipulate, subject to the Court's approval, to extend the deadline for Defendant to respond to Plaintiffs' Second Amended Complaint until July 18, 2017.

THEREFORE, in consideration of the foregoing recitals and subject to the Court's approval, Plaintiffs and Defendant stipulate to the extension of time for Defendant to respond to Plaintiffs' Second Amended Complaint from June 27, 2017 to July 18, 2017.

Dated: June 23, 2017  LAW OFFICES OF TODD FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
    TODD M. FRIEDMAN
    Attorneys for Plaintiffs, JOGERT
    ABRANTES and JOANNE GOSS

Dated: June 23, 2017  COLEMAN & HOROWITT, LLP

By: /s/ Keith M. White
    KEITH M. WHITE
    Attorneys for Defendant, FITNESS 19 CA 228, LLC (erroneously sued herein as Fitness 19 LLC)

# **ORDER**

Pursuant to the parties above-stipulation (Doc. 34), and for good cause shown, IT IS HEREBY ORDERED that Defendant, FITNESS 19 CA 228, LLC's deadline to respond to Plaintiffs' Second Amended Complaint is extended from June 27, 2017, to July 18, 2017.

IT IS SO ORDERED.

Dated: **June 23, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE