# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, <br> Plaintiffs, <br> v. <br> FITNESS 19 LLC, et al., <br> Defendants. <br> _____/ | Case No. 1:16-cv-00903-LJO-SKO <br><br> **ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE RULE 26 SCHEDULING CONFERENCE** <br><br> (Doc. 48) |

The parties having so stipulated (Doc. 48) and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Conference currently set for September 28, 2017, is **CONTINUED to November 21, 2017, at 10:15 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto.** The parties are to file their Joint Scheduling Report no later than seven days prior to the Conference.

IT IS SO ORDERED.

Dated: __**September 20, 2017**__      /s/ *Sheila K. Oberto*
    UNITED STATES MAGISTRATE JUDGE