UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FITNESS 19 LLC; SOCALEVOLUTION, LLC; FITNESS EVOLUTION FRANCHISING LLC; PLEASANTON FITNESS LLC; and DOES 1-10, inclusive and each of them,<br><br>Defendants. | CASE NO. 1:16-CV-00903-LJO-SKO<br><br>**ORDER EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>(Doc. 51)<br><br>Trial Date: None Set |

Pursuant to the parties' stipulation (Doc. 51), and for good cause shown, IT IS ORDERED that Defendant SOCALEVOLUTION, LLC's deadline to respond to Plaintiffs' Third Amended Complaint is extended from October 19, 2017, to October 26, 2017.

IT IS SO ORDERED.

Dated: **October 19, 2017**          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE