**BRULE & ROONEY, LLP**
JEFFREY J. ROONEY, SB# 127448
  E-Mail: JRooney@BruleRooney.net
319 Diablo Road, Ste. 200
Danville, California 94526
Telephone: 925-934-7400
Facsimile: 925-934-7520

Attorneys for Defendant
PLEASANTON FITNESS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FITNESS 19 LLC; SOCALEVOLUTION, LLC; FITNESS EVOLUTION FRANCHISING LLC; PLEASANTON FITNESS LLC; and DOES 1-10, inclusive and each of them,<br><br>Defendants. | CASE NO. 1:16-CV-00903-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>(Doc. 52)<br><br>Trial Date: None Set |

## STIPULATION

Plaintiffs Jogert Abrantes and Joanne Goss (collectively, "Plaintiffs") and Defendant PLEASANTON FITNESS LLC, ("Defendant"), hereby agree and stipulate as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(b), Defendant currently has until October 19, 2017 to answer or respond to Plaintiffs' Third Amended Complaint.

WHEREAS, Plaintiffs have agreed to stipulate, subject to the Court's approval, to extend the deadline for Defendant to respond Plaintiffs' Third Amended Complaint until October 26, 2017.

THEREFORE, in consideration of the foregoing recitals and subject to the Court's

approval, Plaintiffs and Defendant stipulate to the extension of time for Defendant to respond to Plaintiffs' Second Amended Complaint from October 19, 2017 to October 26, 2017.

DATED: October 18, 2017                LAW OFFICES OF TODD M FRIEDMAN, P.C.

By: /s/ Tom Wheeler (as authorized on October 17, 2017)
Tom Wheeler
Attorneys for Plaintiffs JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated

DATED: October 18, 2017                BRULE & ROONEY, LLP

By: /s/ Jeffrey J. Rooney
Jeffrey J. Rooney
Attorneys for Defendant PLEASANTON FITNESS LLC

| | |
|---|---|
| **1** | **ORDER** |
| **2** | Pursuant to the parties' above-stipulation (Doc. 52), and for good cause shown, IT IS |
| **3** | ORDERED that Defendant PLEASANTON FITNESS LLC's deadline to respond to Plaintiffs' |
| **4** | Third Amended Complaint is extended from October 19, 2017, to October 26, 2017. |
| **5** | |
| **6** | IT IS SO ORDERED. |
| **7** | |
| **8** | Dated: **October 19, 2017**            /s/ *Sheila K. Oberto* |
| | UNITED STATES MAGISTRATE JUDGE |