| | |
|---|---|
| 1 | KEITH M. WHITE #188536 |
| 2 | COLEMAN & HOROWITT, LLP<br>Attorneys at Law |
| 3 | 499 West Shaw, Suite 116<br>Fresno, California 93704 |
| 4 | Telephone: (559) 248-4820<br>Facsimile: (559) 248-4830 |
| 5 | |
| 6 | Attorneys for Defendant,<br>FITNESS 19 CA 228, LLC (erroneously sued herein as Fitness 19 LLC) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITNESS 19 LLC; SOCALEVOLUTION, LLC; FITNESS EVOLUTION FRANCHISING LLC; PLEASANTON FITNESS; and DOES 1 THROUGH 10, inclusive and each of them,<br><br>Defendants. | Case No. 1:16-cv-00903-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>**(Doc. 53)**<br><br>**Trial Date:   None Set** |

Defendant, FITNESS 19 CA 228, LLC erroneously sued herein as Fitness 19 LLC ("Defendant") and Plaintiffs, JOGERT ABRANTES and JOANNE GOSS ("Plaintiffs"), hereby agree and stipulate as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(b), Defendant currently has until October 19, 2017 to answer or respond to Plaintiffs' Third Amended Complaint.

WHEREAS, Plaintiffs have agreed to stipulate, subject to the Court's approval, to extend the deadline for Defendant to respond to Plaintiffs' Third Amended Complaint until October 26, 2017.

1
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

THEREFORE, in consideration of the foregoing recitals and subject to the Court's approval, Plaintiffs and Defendant stipulate to the extension of time for Defendant to respond to Plaintiffs' Third Amended Complaint from October 19, 2017 to October 26, 2017.

Dated: October 19, 2017                                    LAW OFFICES OF TODD FRIEDMAN, P.C.


                                                           By: /s/ Todd M. Friedman
                                                               TODD M. FRIEDMAN
                                                               Attorneys for Plaintiffs, JOGERT
                                                               ABRANTES and JOANNE GOSS

Dated: October 19, 2017                                    COLEMAN & HOROWITT, LLP


                                                           By:  /s/ Keith M. White
                                                                KEITH M. WHITE
                                                                Attorneys for Defendant, FITNESS 19 CA
                                                                228, LLC (erroneously sued herein as
                                                                Fitness 19 LLC)

## **ORDER**

Pursuant to the parties' (Doc. 53), and for good cause shown, IT IS ORDERED that Defendant, FITNESS 19 CA 228, LLC's deadline to respond to Plaintiffs' Third Amended Complaint is extended from October 19, 2017, to October 26, 2017.

IT IS SO ORDERED.

Dated: __**October 20, 2017**__     _____/s/ *Sheila K. Oberto*_____
UNITED STATES MAGISTRATE JUDGE