| | |
|---|---|
| 1 | KEITH M. WHITE #188536 |
| 2 | COLEMAN & HOROWITT, LLP<br>Attorneys at Law |
| 3 | 499 West Shaw, Suite 116<br>Fresno, California 93704 |
| 4 | Telephone: (559) 248-4820<br>Facsimile: (559) 248-4830 |
| 5 | |
| 6 | Attorneys for Defendant,<br>FITNESS 19 CA 228, LLC (erroneously sued herein as<br>Fitness 19 LLC) |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITNESS 19 LLC; SOCALEVOLUTION, LLC; FITNESS EVOLUTION FRANCHISING LLC; PLEASANTON FITNESS; and DOES 1 THROUGH 10, inclusive and each of them,<br><br>Defendants. | Case No. 1:16-cv-00903-LJO-SKO<br><br>**SECOND STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>**(Doc. 57)**<br><br>**Trial Date:   None Set** |

Defendant, FITNESS 19 CA 228, LLC erroneously sued herein as Fitness 19 LLC ("Defendant") and Plaintiffs, JOGERT ABRANTES and JOANNE GOSS ("Plaintiffs"), hereby agree and stipulate as follows:

WHEREAS, pursuant to the prior stipulation and order, Defendant currently has until October 26, 2017 to respond to Plaintiffs' Third Amended Complaint;

WHEREAS, Plaintiffs have agreed to stipulate, subject to the Court's approval, to extend the deadline for Defendant to respond to Plaintiffs' Third Amended Complaint to November 2, 2017, while the parties meet and confer concerning the proper response;

///

---

1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, this extension of time will bring the total of extensions to two (2) weeks or 14 days;

WHEREAS, the next hearing calendared in this matter is the Scheduling Conference on November 21, 2017, and this extension will not interfere with that date;

THEREFORE, in consideration of the foregoing recitals and subject to the Court's approval, Plaintiffs and Defendant stipulate to the extension of time for Defendant to respond to Plaintiffs' Third Amended Complaint from October 26, 2017 to November 2, 2017.

Dated: October 25, 2017            LAW OFFICES OF TODD FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
    TODD M. FRIEDMAN
    Attorneys for Plaintiffs, JOGERT
    ABRANTES and JOANNE GOSS

Dated: October 25, 2017            COLEMAN & HOROWITT, LLP

By: /s/ Keith M. White
    KEITH M. WHITE
    Attorneys for Defendant, FITNESS 19 CA
    228, LLC (erroneously sued herein as
    Fitness 19 LLC)

2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

**ORDER**

Pursuant to the parties' above stipulation, and for good cause shown, IT IS SO ORDERED that Defendant, FITNESS 19 CA 228, LLC's (erroneously sued herein as Fitness 19 LLC) deadline to respond to Plaintiffs' Third Amended Complaint is hereby extended from October 26, 2017, to November 2, 2017.

IT IS SO ORDERED.

Dated: **October 30, 2017**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE