# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITNESS 19 LLC, SOCALEVOLUTION, LLC; FITNESS EVOLUTION FRANCHISING LLC; PLEASANTON FITNESS LLC,<br><br>Defendants. | Case No.: 1:16-cv-00903-LJO-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>(Doc. 63) |

Before the Court is the parties' joint stipulation requesting a continuance of the Scheduling Conference currently set for November 21, 2017, and indicating that three motions to dismiss are currently pending before the Court. (Doc. 63.) Based on the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Conference currently set for November 21, 2017, is **CONTINUED TO January 23, 2018, at 9:30 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto.** The parties shall file their Joint Scheduling Report no later than seven days prior to the Conference.

IT IS SO ORDERED.

Dated: **November 15, 2017**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

**ORDER**
-1-