UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGERT ABRANTES and JOANNE GOSS, individually and on behalf of all others similarly situated, | No. 1:16-cv-00903-LJO-SKO |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| v. | (Doc. 67) |
| FITNESS 19 LLC; SOCALEVOLUTION, LLC; PLEASANTON FITNESS, LLC; and DOES 1-10, inclusive and each of them, | |
| Defendants. | |

On December 21, 2017, the parties filed a joint stipulation dismissing Plaintiffs Jogert Abrantes' and Joanne Goss' individual claims with prejudice, and Plaintiffs' class claims without prejudice. (Doc. 67.)

In light of the parties' stipulation, Plaintiffs' individual claims have been dismissed with prejudice, Plaintiffs' class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 26, 2017**__          _____/s/ *Sheila K. Oberto*_____

UNITED STATES MAGISTRATE JUDGE